| | | |
|---|---|---|
| **Keith Holland** | 501 "I" Street | Divisional Office |
| Clerk of Court | Sacramento, CA 95814 | 2500 Tulare Street |
| | | Fresno, CA 93721 |

**June 3, 2026**

**Case Number:**    **2:26−CV−02015−SCR**

**Case Title:**    **JESSICA LEE VRANICH ,**        **vs.**    **MELISSA ROMERO**

Dear Litigant,

   The case number above has been assigned to your action.  You must include the complete case number on all documents sent to the court for filing in this case.  Failure to do so will result in delayed processing of your documents.

   All documents should be sent to the following address:

Office of the Clerk
United States District Court
Eastern District of California
501 "I" Street , Suite 4−200
Sacramento, CA 95814

   You must comply with the Federal Rules of Civil Procedure and with our Local Rules of Court. Our Local Rules of Court are available on the district court's website (http://www.caed.uscourts.gov/CAEDnew/index.cfm/rules/local-rules/).  As a courtesy, certain Local Rules are summarized below for your information:

   **Local Rule 133**  If you want to receive a file-stamped copy of what you submit to the court, you must send the original document plus a copy and a pre-addressed postage-paid envelope for us to return your copy to you.

   **Local Rule 135**  Once the defendant(s) have served a responsive pleading, you must serve them with copies of all documents you submit to the court and you must attach a proof of service to the document you are filing with the court; it must show how, when, and where you served them.  A sample proof of service is attached for your reference.  If an attorney has appeared on behalf of a defendant, you must serve documents on that attorney and not on the defendant.

   **Local Rule 130**  Documents submitted to the court must be legible, on 8-½ " x 11" paper, with writing or typing on one (1) side of the page only.  Each page should be numbered consecutively at the bottom of the page.

   **Local Rule 132**  Every document you submit to the court must include your name, address and prisoner identification number in the upper left-hand corner of the first page.  You must also include a caption on the first page of the document which shows the title of this court, the title of the action, the case number assigned to this action (including all initials and letters that follow the number), and the title of your document.  If you are pursuing more than one case in this court, you must submit a separate original document for each case in which you want the document filed.

**Local Rule 142**  If you want to request an extension of time to file a document, you must make the request before the deadline.  In the request you must explain why you need an extension, and how much time you are requesting.

**Local Rules 250.1, 250.2, 250.3 and 250.4**  Discovery requests or responses should not be submitted to the court unless they are relevant and necessary to support or oppose a motion before the court.

**Local Rule 182 and 183(b)**  You are required to keep the Clerk of Court and all parties informed if your address changes; you should do this by filing a notice with your new address and serving each of the defendants.  Any change of address must be filed within thirty (30) days of your move.  Absent such notice, service of documents at your address of record will be deemed fully effective by the court.  If mail directed to you by the Clerk is returned by the U.S. Postal Service, and you've failed to notify the Court of your current address, the Court may dismiss your case for failure to prosecute.

**Local Rule 230(l)**  If you are incarcerated and representing yourself, the Court will decide all motions based on the written submissions, without oral argument.  If a motion is filed in your case you must file any opposition you want the Court to consider within twenty–one (21) days after the date of service of the motion.  If you are not opposing the motion you must file a statement to that effect.  If you fail to respond to a motion, the Court may view that as a waiver of any opposition to the granting of the motion and may grant the motion and may also impose sanctions.  If you are filing a motion, and the other party files an opposition, you may file a reply within fourteen (14) days after the opposition is filed.  If the time passes for a reply, the Court will consider the motion submitted for decision.

**Other Provisions:**

**Request for Case Status**  The court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRIES REGARDING THE STATUS OF YOUR CASE.  As long as you keep the court informed of your current address, you will receive all documents related to your case.

**Copies**  The Clerk's Office does not provide copies of documents to parties.  Copies of documents may be obtained from Cal Legal Support Group by writing to them at:  3104 "O" Street, Suite 291, Sacramento, CA 95816, or by phoning 916-441-4396 or faxing 916-400-4948.

**Note:  In Forma Pauperis status does not include the cost of copies.**

 /s/  *Keith Holland*

**Keith Holland, Clerk of Court**
**United States District Court**

The following is a sample Proof of Service. Pursuant to Rule 5 of the F. R. Civ. P. and Local Rule 135, each document filed after the court orders service in your case shall be served on opposing counsel and a proof of service attached to your document filed with the court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

(Case Title)

Plaintiff or Petitioner

V.

Case Number: 2:99–CV–99999 ABC DFG
(example case no.)

Defendant or Respondent

**SAMPLE PROOF OF SERVICE**

/

I hereby certify that on _____*(Date)*_____, I served a copy of the attached

_____*(Title of Document Served and Filed)*_____,

by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said

envelope in the United States Mail at _____*(Location of Mailing)*_____ :

**(List Name and Address of Each Defendant or Attorney Served)**

I declare under penalty of perjury that the foregoing is true and correct.

_____

(Name of Person Completing Service)