2:26 CV 2015 SCR (HC)
EXH (A)

### S296741

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

---

In re JESSICA LEE VRANICH on Habeas Corpus.

---

The petition for writ of habeas corpus and application for stay are denied.

**FILED**

JUN 03 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**GUERRERO**

_Chief Justice_



EXH Ⓑ

Butte County Probation Department
42 County Center Drive
Oroville, CA 95965
(530) 538-7661

By: Jessica Nelson
Senior Probation Officer

F I L E D
F I L E D

Superior Court of California
County of Butte
1/23/2026

Sheriff Elmasieh, Clerk
By Alvaro Navarro Vera Deputy
Electronically FILED

# IN THE SUPERIOR COURT
## COUNTY OF BUTTE, STATE OF CALIFORNIA
### HONORABLE JUDGE KRISTEN A. LUCENA

The People of the State of California
                                    Plaintiff

                    vs.

Jessica Lee VRANICH
                                    Defendant

Action No.:     25CF00551
Probation No.:   A-012871

**PETITION FOR HEARING RE:
VIOLATION OF PROBATION
FIRST AMENDED PETITION**

A.    The Defendant was granted **2** years formal probation on **4/24/2025** for a violation of Section(s) **§278.5(a) PC** ☒ FELONY, and remains subject to the terms and conditions ordered by the Court.

B.    It is hereby alleged that:

1.    ☒    On or about **12/10/2025**, the Defendant has failed to complete her Court ordered work program hours, a violation of ☒ Special Condition #**2**.

2.    ☒    The Defendant has failed to report to the Probation Officer as directed since on or about **1/9/2026**, a violation of ☒ General Condition #**2**.

3.    ☒    On or about **1/22/2026**, the Defendant failed to enroll in the **Child Abuser's** program, a violation of ☒ Special Condition #**9**.

1

# INTER-DEPARTMENTAL MEMORANDUM

To: Calendar Clerk of the Superior Court

From: Probation Department, Jessica Nelson, Senior Probation Officer

Subject: Action # **25CF00551** People vs. **Jessica Lee VRANICH**

Date: **January 22, 2026**

Please set the above case for Judge **Kristen A. Lucena** on **January 29, 2026,** at **11:00 a.m.** for the following reason:

☒ Violation of Probation  **ALREADY ON CALENAR**
☐ Modification  **FIRST AMENDED PETITION**
☐ Record Clearance
☐ Other:

Defendant ☒ will be present ☐ will not be present
☐ is not in custody ☒ is in custody at the **Butte County Jail**

pc: District Attorney, Defense Counsel **Brandon Williams**

A-15

## PROOF OF SERVICE

I am a citizen of the United States, and a resident of or employed by the County where the mailing occurred. I am over 18 years of age, and not a party to the above action. My business address is 42 County Center Drive, Oroville, California 95965.

On _January 13, 2026_, I served the within Petition in said action by placing a true copy thereof enclosed in a sealed envelope, and by placing such sealed envelopes in the Probation Department's outgoing mail, so that the sealed envelopes would be delivered by either Butte County Courier, Probation Clerk, or the U.S. mail to the following addresses:

| Defendant (last known) | Butte County District Attorney | Defense Attorney |
|---|---|---|
| Jessica Lee VRANICH | Via Electronic Mail to | Brandon Williams |
| 795 Caprice Way | da-probation@buttecounty.net | c/o Butte County District Attorney |
| Chico, CA 95973 | | Via Electronic Mail to |
| Via Probation Clerk | | da-probation@buttecounty.net |

I declare under penalty of perjury that the foregoing is true and correct. Executed this _13th_ day of _January_, 2026, at Oroville, CA.

Probation Clerk