## <u>DECLARATION OF SERVICE BY U.S. MAIL</u>

Case Name:    **Vranich v. Romero**

No.:    **2:26-cv-02015-SCR**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, Sacramento, CA 95814.

On <u>August 3, 2026</u>, I served the attached **Motion to Dismiss** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

**Jessica Lee Vranich**
795 Caprice Way
Chico, CA 95973

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on August 3, 2026, at Sacramento, California.

| M. Sanchez | /s/ *M. Sanchez* |
|:---:|:---:|
| Declarant | Signature |

SA2026302957