UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LEE VRANICH,<br>Petitioner,<br>v.<br>MELISSA ROMERO,<br>Respondent. | No. 2:26-cv-2015 DAD SCR HC<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER</u><br>(Doc. Nos. 2, 5) |

Petitioner, proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On June 2, 2024, petitioner filed an emergency motion seeking a stay of the execution of the sentence anticipated to be imposed upon her in state court. (Doc. No. 2.) On June 4, 2026, the assigned magistrate judge filed findings and recommendations recommending that petitioner's motion for a temporary restraining order be denied. (Doc. No. 5.) Those pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 4.) To date,

/////

/////

no objections to the pending findings and recommendations have been filed[1], and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 4, 2026 (Doc. No. 5) are adopted in full;
2. Petitioner's emergency motion for a temporary stay of execution of her pending state court probation violation proceeding (Doc. No. 2) is denied; and
3. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] However, on June 26, 2026, petitioner filed a "notice of mootness" conceding that the relief sought in her emergency motion for temporary stay of execution of sentence was moot. (Doc. No. 6.)